IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEYSHAWN CROOK**                                                                                       **PLAINTIFF**
**#208105**

V.                                                  NO. 4:22-cv-001154-JM

**HIGGINS**, *et al*.                                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE